IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAWNA SILLS o/b/o
TRAVON NEAL                                                                              PLAINTIFF

V.                                        NO. 3:06CV00183-JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 21st day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE